PEOPLE, Respondent, v. BRENNAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Proceedings by the people of the state of New York against Frank J. Brennan.

PER CURIAM. Judgment of conviction and orders reversed, and new trial ordered. Held, that upon the facts presented the defendant was entitled to a postponement of the trial, in order to procure the attendance of a material witness who was sick and absent.

PEOPLE, Appellant, v. BREWSTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Proceedings by the people of the state of New York against John H. Brewster and another. No opinion. Appeal dismissed, without costs, on stipulation.

PEOPLE, Respondent, v. BULMER, Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) Proceedings by the people of the state of New York against Ames H. Bulmer. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. BURNAP, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Proceedings by the people of the state of New York against George A. Burnap.

PER CURIAM. Judgment affirmed.

WILLIAMS and HISCOCK, JJ., dissent.

PEOPLE, Respondent, v. CALLAHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Proceedings by the people of the state of New York against Charles Callahan. No opinion. Judgment of conviction and order affirmed.

PEOPLE v. ELMIRA CITY BANK. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Proceedings by the people of the state of New York against the Elmira City Bank. No opinion. Motion to dismiss appeal granted, without costs.

PEOPLE v. FLUSS. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Proceedings by the people of the state of New York against Bidwell Fluss. No opinion. Motion granted.

PEOPLE, Respondent, v. KERN, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Proceedings by the people of the state of New York against Morris Kern. B. F. Spellman, for appellant. E. Sandford, for respondent. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. McCULLOUGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Proceedings by the people of the state of New York against Thomas McCullough. No opinion. Judgment of conviction and orders affirmed.

PEOPLE v. METROPOLITAN SAVINGS & LOAN ASS'N. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) Proceedings by the people of the state of New York against the Metropolitan Savings & Loan Association.

PER CURIAM. Motion granted, and questions certified as follows: "(1) Are the claimants holding shares in said corporation known as class E general creditors, or entitled to the rights of general creditors, of said corporation, and to the payment by the receiver, on the final distribution of the assets of the corporation, to the extent of the par value of such stock, in preference and prior to any payment being made by said receiver to claimants holding shares of any of the installment stocks in said corporation? (2) Are the claimants holding shares in said corporation known as class K general creditors, or entitled to the rights of general creditors, of said corporation, and to the payment by the receiver, on the final distribution of the assets of the corporation, to the extent of the par value of such stock, in preference and prior to any payment being made by said receiver to claimants holding shares of any of the installment stocks in said corporation? (3) Are the claimants holding shares in said corporation known as class H general creditors, or entitled to the rights of general creditors, of said corporation, and to the payment by the receiver, on the final distribution of the assets of the corporation, to the extent of the paid-up value of such stock, in preference and prior to any payment being made by said receiver to claimants holding shares of any of the installment stocks in said corporation?"